JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM THOMPSON, | **Case No.:** 8:18-cv-01016-JVS-DFM |
| Plaintiff, | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |
| v. | |
| MAS FINANCIAL SERVICES, INC., | |
| Defendant. | |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Having reviewed the parties' stipulation to dismiss the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 20, 2018

_____
HON. JAMES V. SELNA
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE